```
                    UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA .    Case No. 2:17-cr-00137-PD-1
                         .
         Plaintiff,      .
                         .    U.S. Courthouse
    v.                   .    601 Market Street
                         .    Philadelphia, PA 19106
RUFUS SETH WILLIAMS,     .
                         .
                         .
         Defendant.      .
                         .    March 31, 2017
. . . . . . . . . . . . . .   1:59 p.m.

                       TRANSCRIPT OF HEARING
                   BEFORE HONORABLE TIMOTHY R. RICE
                     UNITED STATES DISTRICT JUDGE

APPEARANCES:

For United States of         ERIC MORAN
America:                     US ATTORNEY'S OFFICE
                             402 East State Street
                             Trenton, NJ 08608

                             ROBERT A. ZAUZMER
                             VINEET GAURI
                             US ATTORNEY'S OFFICE
                             615 Chestnut Street, Ste. 1250
                             Philadelphia, PA 19106

For Rufus Seth Williams:     THOMAS F. BURKE
                             MICHAEL J. DIAMONDSTEIN
                             BORUM BURKE & DIDONATO LLC
                             Two Penn Center Plaza
                             1500 John F. Kennedy Blvd. Ste. 900
                             Philadelphia, PA 19102

Audio Operator:              NELSON

Transcriber:                 UBIQUS REPORTING, INC.
                             61 Broadway, Suite 1400
                             New York, NY 10006
                             212-346-6666
                             Email: infousa@ubiqus.com

          Proceedings recorded by electronic sound
   recording, transcript produced by transcription service.
```

**I N D E X**

**PAGE**

Hearing                                                    3

```
                                  HEARING                        3
 1              THE CLERK:  All rise.
 2              THE COURT:  Have a seat everyone.  Good afternoon.
 3              MR. MICHAEL J. DIAMONDSTEIN:  Good afternoon, Your
 4  Honor.
 5              ALL:  Good afternoon.
 6              THE COURT:  Thanks to all of you for coming out on
 7  such an awful day.  Mr. Burke, good afternoon.
 8              MR. THOMAS BURKE:  Good afternoon, Your Honor.
 9              THE COURT:  I received your notice of appearance
10  March 30th.
11              MR. BURKE:  Yes, sir.
12              THE COURT:  Mr. Williams, you're discharging Mr.
13  Diamondstein, is that correct?
14              MR. RUFUS SETH WILLIAMS:  Yes, Your Honor.  Good
15  afternoon, Your Honor.
16              THE COURT:  Good afternoon.  Discharging Mr.
17  Diamondstein?
18              MR. WILLIAMS:  Yes, Your Honor.
19              MR. DIAMONDSTEIN:  Good afternoon, sir.
20              THE COURT:  Good afternoon, Mr. Diamondstein.  How
21  are you?
22              MR. DIAMONDSTEIN:  I'm well sir.  Thank you.
23              THE COURT:  All right.  So, that makes his motion to
24  withdraw as moot, correct?  Mr. Burke?
25              MR. BURKE:  Yes.
```

```
 1           THE COURT:  And we'll enter your appearance with the
 2  Clerk.  Just a couple questions.  you understand that once you
 3  enter your appearance you--
 4           MR. BURKE:  [Interposing] I'm in the for the long
 5  haul, yes, sir.
 6           THE COURT:  You're in for the whole case?
 7           MR. BURKE:  I'm in.
 8           THE COURT:  Okay.
 9           MR. BURKE:  I told my client short of my death and
10  beamed up by aliens, I'm in for the end.
11           THE COURT:  Okay.
12           MR. BURKE:  I understand that.
13           THE COURT:  And even if Mr. Williams at some point
14  can't afford to pay you.
15           MR. BURKE:  I understand that too.
16           THE COURT:  That it's up to Judge Diamond whether you
17  can be appointed if he qualifies for Court appointed counsel?
18           MR. BURKE:  Fully aware of that, Your Honor.
19           THE COURT:  Okay.  Now, how about the conflict issue
20  that Mr. Diamondstein had raised?  Does that present a problem
21  for you?
22           MR. DIAMONDSTEIN:  Judge, may I intervene?
23           THE COURT:  Well let me just ask Mr. Burke a question
24  first.  Does that present any problems for you Mr. Burke?
25           MR. BURKE:  I don't believe so, no.
```

```
 1              THE COURT:  Okay.
 2              MR. DIAMONDSTEIN:  The issue if I may may have
 3   changed.  I'm in possession of some information that the Court
 4   of Common Pleas may be handling in a different fashion.
 5   Subsequent to when I filed the motion.  But based what I
 6   understand the Court of Common Pleas to do it, it may not even
 7   be an issue for Mr. Burke at all.
 8              THE COURT:  Okay.  Is that accurate Mr. Burke?
 9              MR. BURKE:  Yes.
10              THE COURT:  Okay.
11              MR. BURKE:  And I have provisions to deal with the
12   issue.  But I'm aware of it and nonetheless I'm here.
13              THE COURT:  Okay.  And you understand Judge Diamond
14   has a scheduling conference scheduled for Monday at 3:00?
15              MR. BURKE:  No, I have spoken to the government.
16   3:00.
17              THE COURT: 3:00 on Monday?
18              MR. BURKE: Yes, sir.
19              THE COURT:  Correct Mr. Zauzmer?
20              MR. ZAUZMER:  Yes.  Mm-hm.
21              THE COURT:  Okay.  Anything else we have to do?
22              MR. BURKE:  No.
23              THE COURT:  Okay.  Mr. Williams, anything else?
24              MR. WILLIAMS:  Have a good weekend, Your Honor.
25              THE COURT:  You as well.  Mr. Zauzmer?
```

```
                              HEARING                           6
1           MR. ZAUZMER:  Same here, Your Honor.
2           THE COURT:  All right.  Counsel, Mr. Diamondstein
3    thank you.
4           MR. DIAMONDSTEIN:  Thank you sir.
5           THE COURT:  Everyone, have a safe weekend.  Thank
6    you.
7           MR. WILLIAMS:  Thank you, sir, Your Honor.
8           THE COURT:  Bye-bye.
9                          * * * * *
```

**C E R T I F I C A T I O N**

I, Lynn M. Reinhardt, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter, and to the best of our ability.

*[signature]*

Lynn M. Reinhardt


DATE:   April 11, 2017