PSO

June 29, 17

I, R. Seth Williams, hereby resign as the District Attorney of the City and County of Philadelphia effective immediately.

*[signature]*

**FILED**

JUN 29 2017

KATE BARKMAN, Clerk
By_____Dep. Clerk