

**Re: Resignation letter**

**Zauzmer, Robert (USAPAE)**   to: Ben_Cornfeld@paed.uscourts.gov   06/29/2017 02:46 PM

Cc: "Gauri, Vineet (USAPAE)", "Moran, Eric (USANJ)"  , Trevan Borum, Thomas Burke

From: "Zauzmer, Robert (USAPAE)" <Bob.Zauzmer@usdoj.gov>
To: "Ben_Cornfeld@paed.uscourts.gov" <Ben_Cornfeld@paed.uscourts.gov>
Cc: "Gauri, Vineet (USAPAE)" <Vineet.Gauri@usdoj.gov>, "Moran, Eric (USANJ)" <Eric.Moran@usdoj.gov>, Trevan Borum <tborum@borumburke.com>, Thomas Burke <tburke@borumburke.com>

```
Agent Humphreys hand-delivered the resignation letter to the Mayor at 2:05 pm.

Sent from my iPhone
```