

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    Crim. No. 17-137 |
| RUFUS SETH WILLIAMS | : |

## ORDER

**AND NOW** this 28th day of September, 2017, upon consideration of the Government's letter request (Doc. No. 137) to change the sentencing date, it is hereby **ORDERED** that the request is **DENIED**.

AND IT IS SO ORDERED.

_____
Paul S. Diamond, J.