IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice:  October 4, 2017 |
| vs. | : | |
| | : | CRIMINAL NO.:  2017-137 |

Rufus Seth Williams #75926-066
Federal Detention Center
P. O. Box 562
Philadelphia, PA  19105

## SENTENCING NOTICE - TIME CHANGE

**TAKE NOTICE** that the Sentencing scheduled to take place on October 24, 2017 will now take place at 4:00 p.m. in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, before the Honorable **Paul S. Diamond**.  **Courtroom 14A.**

Any motions, filings, or memoranda related to the sentencing of the above captioned Defendant shall be submitted to the Court **no later than one week before the sentencing date**.

Any requests for continuances **may be filed by letter.**

All defendants are directed to report to the courtroom on the date and time stated above. If a defendant fails to appear as directed, the bail may be forfeited and a bench warrant issued.  If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,

/s/ Lenora Wittje
_____ /s/
Lenora Kashner Wittje
Deputy Clerk to Judge Paul S. Diamond
267-299-7739
267-299-5069 - Fax to Chambers

Notice  to:        Defendant (U.S. Mail)
Thomas F. Burke, Esq. (e-mail)
Trevan P. Borum, Esq. (e-mail)
Vineet Gauri, A.U.S.A. (e-mail)
Robert A. Zauzmer, A.U.S.A. (e-mail)
Eric W. Moran, A.U.S.A. (e-mail)
U.S. Marshal (Email)
Jacqueline S. Widmeier, U.S. Probation Officer (Email)
Pretrial Services (Email)
Larry Bowman (Email)

[] INTERPRETER  REQUIRED
[] THIS CASE HAS BEEN POSTPONED FROM